UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSEPH MENCHACA,

    Defendant.
_____/

No. CR 12-00454 PJH

**ORDER TO SHOW CAUSE RE: DEFENDANT'S MOTION TO COMPEL**

    Defendant Joseph Menchaca has filed a motion to compel his attorney to release files and records. Doc. no. 44. Defendant states that he is in the midst of preparing appellate or habeas papers on his own behalf. Defendant seeks an order directing his attorney to turn over all discovery, *Brady* material, transcripts of proceedings, and plea agreements filed in this case.

    IT IS HEREBY ORDERED that attorney James Scott Thomson SHOW CAUSE in writing why an order compelling him to provide defendant with the requested documents should not issue. Counsel must file and serve a written response to this order to show cause by July 12, 2013. No hearing will be held and the matter will be deemed submitted on the papers.

    **IT IS SO ORDERED.**

Dated: July 3, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge